IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANGEL ALCANTAR LOPEZ, an Oregon resident and United States citizen, | 3:11-CV-1069-AC |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, by and through HILLARY RODHAM CLINTON, | |
| Defendant. | |

ACOSTA, Magistrate Judge:

Angel Alcantar Lopez brought an action against the United States Department of State under 8 U.S.C. § 1503 to compel the Department to issue a United States passport to him and to obtain a declaration that he is a United States citizen. Lopez's action was tried to the court without a jury. Following trial, the court determined that Lopez is a United States citizen because he was born in the United States, specifically, in Bingen, Washington, on April 28, 1978; that as a U.S. citizen he is entitled to a United States passport; and that the Department must issue to Lopez a United States passport.

Accordingly,

Page 1 - JUDGMENT

IT IS HEREBY ORDERED that judgment is entered as follows:

(1)  For Lopez on his Claim for Relief in his Complaint for Declaratory Judgment; and

(2)  For recoverable costs to Lopez in accordance with 28 U.S.C. § 1920, as determined by this court.

DATED this 9th day of January, 2013.

_____
JOHN V. ACOSTA
United States Magistrate Judge